## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

BOBBY TORRY,

       Plaintiff,                                          JUDGMENT IN A CIVIL CASE

v.                                                                     10-cv-378-slc

SEAN SALTER, MARY LEISER
and GREGORY GRAMS,

       Defendants.

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered:

(1) denying plaintiff leave to proceed in forma pauperis and dismissing this case as to defendants Mary Leiser and Gregory Grams; and

(2) granting summary judgment in favor of defendant Sean Salter and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____                    _____
Peter Oppeneer, Clerk of Court                                         Date    6/30/2011